IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN C. SEARCY, as Personal Representative and Administrator of the Estate of Isaiah Searcy, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:23-cv-750-ECM ) |
| PFIZER, INC., *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court are a consent motion for briefing schedule on certain Defendants' motion to dismiss the first amended complaint (doc. 112); a motion to dismiss the first amended complaint filed by The Health Care Authority for Baptist Health, The Health Care Authority for Baptist Health, d/b/a Baptist Medical Center South, The Health Care Authority for Baptist Health, d/b/a Baptist Medical Center East (doc. 115); and a motion to dismiss the first amended complaint filed by Johnson & Johnson and Janssen (the "J&J Defendants") (doc. 116). On January 6, 2025, the Plaintiff filed a second amended complaint. (Doc. 127). Moreover, the J&J Defendants are not named in the second amended complaint. Both motions to dismiss and the motion for consent briefing schedule are now moot in light of the filing of the second amended complaint. Accordingly, and for good cause, it is

ORDERED that the consent motion for briefing schedule (doc. 112) and the motions to dismiss (docs. 115, 116) are DENIED as moot and without prejudice.

DONE this 8th day of January, 2025.

          /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE